DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES SMITH,**
Appellant,

v.

**WESTLAKE FINANCIAL SERVICES, LLC,**
Appellee.

No. 4D22-52

[October 27, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel Kanner, Judge; L.T. Case No. COCE21-019404.

Charles Smith, Lauderhill, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***